620 A.2d 1385
IN THE MATTER OF ROBERT H. CHESTER,
AN ATTORNEY AT LAW.

March 11, 1993.

ORDER

This matter having been duly presented to the Court on the motion of ROBERT H. CHESTER, for the termination of the proctorship ordered by this Court on December 7, 1990, and the Office of Attorney Ethics having interposed no objection to said application, and good cause appearing;

It is ORDERED that the motion to terminate the proctorship imposed by this Court's Order of December 7, 1990, is granted.